IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REIVIA ASHLEY, LLC | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 14-5092 |
| PASELO LOGISTICS, LLC, ET AL. | : |

**O R D E R**

**AND NOW**, this  1st  day of   December  , 2017, after a bench trial held on June 19-20, 2017, it is **ORDERED** as follows:

1. Judgment is entered in favor of Plaintiff Reivia Ashley, LLC and against Defendants Paselo Logistics, LLC, Pasquale Scalleat, and Angelo Franco in the amount of $601,277, plus interest of three percent annum per the Agreement on Plaintiff's breach of contract claim (Count I of the Complaint).

2. Judgment is entered in favor of Defendants and against Plaintiff with respect to Plaintiff's claim for conversion (Count II of the Complaint) and claim for an accounting (Count III of the Complaint).

3. Judgment is entered in favor of Plaintiff Reivia Ashley, LLC and against Defendants with respect to Defendants' counterclaim for breach of contract.

4. Plaintiff's request for an award attorneys' fees will be deferred pending its submission of an application for the same.

**IT IS SO ORDERED.**

                                                    BY THE COURT:

                                                    _____
                                                    **R. BARCLAY SURRICK, J.**